FILED

March 15, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )        Case No. 2:13MJ00002-AC
                                )
v.                              )        ORDER FOR RELEASE OF
                                )        PERSON IN CUSTODY
KEVIN DENNIS GOLDEN,            )
                                )
              Defendant.        )
_____)

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __KEVIN DENNIS GOLDEN__ , Case No. __

2:13MJ00002-AC__ , Charge _21USC § 841(a)(1)_ , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

> __    Release on Personal Recognizance

> __    Bail Posted in the Sum of $_____

>> __    Unsecured Appearance Bond

>> __    Appearance Bond with 10% Deposit

>> __    Appearance Bond with Surety

>> __    Corporate Surety Bail Bond

> ✔    (Other)        _Pretrial conditions as stated on the record._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _March 15, 2013_ at _2:00 pm_ .

By   /s/ Allison Claire/s/ Allison Claire
     _____
     Allison Claire
     United States Magistrate Judge

Copy 2 - Court